UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIKHAIL VLADIMIROVICH IRZAK,<br>a/k/a "Mikka Irzak," and<br>IGOR SERGEEVICH SLADKOV<br><br>Defendants | 1:21-cr-10146 NMG/MBB |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT
AND TO END "HSD" DESIGNATION

    The United States of America hereby moves this Court to direct that the indictment in this matter be unsealed.  In support of this motion, the government states that with the arrest, extradition, and today's initial apperance of Vladislav Klyushin in *United States v. Klyushin et al*., 21-CR-10104-PBS, there is no further reason to keep the indictment secret as to the defendants in this matter.  For the same reasons, there is no longer a need that this matter be designated as a case involving "Highly Sensitive Documents" under the Court's General Order 21-1 (Jan. 26, 2021).

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

By:    /s/Seth B. Kosto
    STEPHEN E. FRANK
    SETH B. KOSTO
    Assistant U.S. Attorneys

Date:  December 20, 2021